

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**McCABE, WEISBERG & CONWAY, P.C.**<br>**By: Alexandra T. Garcia, Esquire (Atty. I.D.# ATG4688)**<br>**216 Haddon Ave., Suite 303**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: Wells Fargo Bank, N.A. | |
|---|---|
| In re:<br><br>Terence Gavin | Case No.: 11-25000<br><br>Chapter: 7<br><br>Hearing Date: June 27, 2011 at 12:00pm<br><br>Judge: Morris Stern |

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**

**DATED: 07/26/2011**

Honorable Morris Stern
United States Bankruptcy Judge

Upon the motion of **Wells Fargo Bank, N.A.**, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

    245 Montclair Avenue, 2nd Floor
    Vauxhall, NJ 07088

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

*Approved by Judge Morris Stern July 26, 2011*