| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | FILED<br>JAMES J. WALDRON, CLERK<br>JAN 1 1 2012<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
|---|---|
| In Re:<br>TERENCE GAVIN | Case No.: 11-25000 MS<br>Judge: MORRIS STERN<br>Chapter: 13 |

## LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted as required in Section VII.C. of the court's *Loss Mitigation Program and Procedures*.

### PART I  GENERAL INFORMATION

a. Full description of property:
The property is located at 245 Montclair Avenue, Vauxhall, New Jersey 07088

| b. | Name and address of creditor:<br>Wells Fargo Bank NA<br>Post Office Box 536210<br>Atlanta, GA 30353-6210 | Name and address of creditor's attorney:<br>Alexandria Garcia, Esq.<br>McCabe, Weisberg and Conway PC<br>216 Haddon Avenue, Suite 303<br>Westmont, New Jersey 08108 |
|---|---|---|
| c. | Name and address of additional creditor: | Name and address of additional creditor's attorney: |

d. Name and contact information for person with settlement authority for creditor:
The person with settlement authority for Wells Fargo Bank NA has not yet been identified.

e. Name and contact information for person with settlement authority for additional creditor:

## PART II  NOTICE OF REQUEST FOR LOSS MITIGATION

a.  On _____August 25, 2011_____ a Notice of Request For Loss Mitigation was filed by the:

- ☑ Debtor(s)
- ☐ Creditor
- ☐ Court
- ☐ Other party: _____.

b.  The status of the Notice of Request For Loss Mitigation is:

Order entered on _____November 3, 2011_____

Prior Status Report submitted on _____N/A_____

Status of Loss Mitigation:
At this time, the documents requested by counsel for Wells Fargo NA have been submitted. These documents were received in the office of counsel for Wells Fargo on or about December 16, 2011. Two days ago, an additional document which had not been requested previously was requested. That document will be provided to this office today and will be forwarded to counsel for Wells Fargo. It is expected that the parties will meet in the near future to discuss modification of the mortgage.

If a request for termination of the Loss Mitigation Process is pending, give status:
N/A

If a request for an extension of the Loss Mitigation Period has been filed, give status:
An extension of the Loss Mitigation period has not been requested but is needed. This is because, the initial meeting has not yet been held and sixty days have elapsed.

At this time I am making adequate protection payments as required by Section V.A.1 of the Loss Mitigation Program and Procedures in the amount of $ _____988.95_____.

## PART III  NOTICE OF REQUEST FOR EXTENSION OR EARLY TERMINATION OF LOSS MITIGATION PERIOD

a.  Upon request of _____counsel for Stephanie and Terence Gavin_____, a Loss Mitigation Order was entered on _____Nov. 3, 2011_____.

b.  Pursuant to Section VI.A.5. of the Loss Mitigation Program and Procedures, the Loss Mitigation Period will expire on ___February 6, 2012___.

c.  For the reason(s) set forth below, I request ☑ an extension of the loss mitigation period, or ☐ early termination of the Loss Mitigation Period.

d.  Set forth the reason(s) for your request:

## PART IV   OTHER INFORMATION

❏ I have applied for a loan modification with this lender outside of the court's Loss Mitigation Program and Procedures.

The application is/was:

   ❏ Pending

   ❏ Granted on _____

   ❏ Denied on _____ .

❏ I have applied for the State of New Jersey Foreclosure Mediation Program. The status of same is:

❏ Other liens against this property include:
   A second mortgage with Wells Fargo Bank NA.

## Part V   SIGNATURES

Date: 1-6-12   _____
              Debtor

Date: 1/6/12   _____
              Joint Debtor

Date: January 6, 2012   _____
                       Attorney for Debtor(s)

*new.8/1/11*

**LURETHA M. STRIBLING LLC**

133 WESTFIELD AVE. SUITE 3   CLARK, NJ 07066   PHONE (732) 476-5103   FAX (732) 388-059   NEWARK NJ@VERIZON.NET

LURETHA M. STRIBLING
ATTORNEY AT LAW

January 6, 2012

U.S. BANKRUPTCY COURT
RECEIVED
2012 JAN 11  AM 10: 56
JAMES J. WALDRON
BY:
DEPUTY CLERK

Martin L. King Jr. Federal Court
United States Bankruptcy Court
District of New Jersey
Newark Vicinage
50 Walnut Street, 3rd Floor
Newark, New Jersey  07101

RE: Terence Gavin, Chapter 7 Bankruptcy, Case No. 11-25000

Dear Court Clerk:

Please find enclosed the Loss Mitigation Status Report in the above noted matter. I have enclosed one original and one copy of this document. Please stamp both documents as received and filed and return the copy to my office.

If there are any questions, please call my office at (732) 476-5103.

Sincerely,

Luretha M. Stribling

cc:   Alexandria Garcia, Esq.