

**LURETHA M. STRIBLING LLC**

133 WESTFIELD AVE. SUITE 4   CLARK, NJ 07066   PHONE (732) 476-5103   FAX (732) 382-3384   LMSTRIBLING@VERIZON.NET

LURETHA M. STRIBLING
ATTORNEY AT LAW

October 2, 2014

Attn.: Court Clerk
United States Bankruptcy Court
District of New Jersey
Newark Vicinage
50 Walnut Street, 3rd Floor
Newark, New Jersey  07101

RE: <u>Terence Gavin, Chapter 13 Bankruptcy,</u>
Case No. 11-25000 DHS

Dear Court Clerk:

Enclosed please find one original and one copy of my Exhibit 1 which is the Loan Modification Proposal by Wells Fargo Bank. I am requesting that you append the Loan Modification Proposal to the Petition for Approval of the Mortgage Modification by Wells Fargo Bank. It was not appended to the Petition which was submitted last week and must be reviewed by the Court. Please stamp all documents as received and filed and return the copy to this counsel.

If there are any questions, please call my office at (732) 956-0010.

Sincerely,

Luretha M. Stribling

cc:   Joel A. Ackerman, Esq.

      Marie Ann Greenberg, Trustee





**Account Information**
Fax: (866) 590-8910
Telephone: (800) 416-1472
Correspondence: PO Box 10335
　　　　　　　　　Des Moines, IA 50306
**Hours of Operation:** Mon –Fri 8:00-5:00 CT
**Loan Number:** ▓▓▓▓▓▓
**Property Address:**
245 MONTCLAIR AVE
VAUXHALL, NJ 07088

9/19/2014

LURETHA M STRIBLING
133 WESTFIELD AVE STE 3
CLARK, NJ 07066

Subject:　Loan modification proposal
　　　　　Borrower(s): STEPHANIE G GAVIN and TERENCE GAVIN
　　　　　Bankruptcy Case No.: 1125000
　　　　　Loan No.: ▓▓▓▓▓▓▓
　　　　　Property Address:
　　　　　245 MONTCLAIR AVE
　　　　　VAUXHALL, NJ 07088

Dear LURETHA M STRIBLING:

Your client is eligible for a loan modification. As previously described, if your client complies with the terms of the trial period plan, we will modify their mortgage loan. The modification agreement below reflects the proposed modification.

As a result of your client's bankruptcy case, this letter is not an attempt to collect a debt from your client or in any way violate any provision of the United States Bankruptcy Code. This letter has been sent to you for informational purposes only. This is not a bill or a request for payment, or a statement that your client is personally obligated in any way to make a payment. Your client's decision to discuss workout options with Wells Fargo Home Mortgage is strictly voluntary. Your client is not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should your client no longer wish to pursue these options.

**How your client can accept this offer:**
Please review the proposal with your client. If the terms meet your approval, the next step is to file a petition with the bankruptcy court to gain their consent to modify the first mortgage. Your client will need to continue to make their trial period payments if applicable while we are waiting for consent from the court. When you receive written consent, please forward it to my attention. Once received, we will send the loan documents to you and your client for original signatures. We will then withdraw any proof of claim in this case and process the modification as noted.

If the case has already closed, forward to us a copy of the release. If the terms are not satisfactory to you, please contact us and we will close the file with no further actions. **Approval of the loan modification is contingent on court consent or release of the case.**

**Modification Proposal**

*Exhibit 1*

| Current Terms | | Proposed Modified Terms | |
|---|---|---|---|
| Current Unpaid Principal Balance | $242,284.87 | Post Modification Unpaid Principal Balance | $204,936.41 |
| Current Maturity Date | 04/18/2037 | Post Modification Maturity Date | 10/01/2054 |
| Current Term (in months) | 270 | Post Modification Term (in months) | 480 |
| Current Payment Due Date | 04/18/2011 | Post Modification Due Date | 11/01/2014 |
| Current Principal and Interest | $1,648.30 | Post Modification Principal and Interest | $620.60 |
| Current Payment Amount | $2,375.89 | Estimated Post Modification Payment Amount | $1,348.19 |
| Current Interest Rate | 6.760 % | Post Modification Interest Rate | 2.000 % |
| | | Deferred Principal Balance | $15,063.59 |
| | | Post Modification Principal Forgiveness | $111,443.83 |
| | | Amount(Capitalized) | $89,158.96 |

| Years | Interest Rate | Interest Rate Change Date | Monthly Principal and Interest Payment | Monthly Escrow Payment Amount | Total Monthly Payment | Payment Begins On | Number of Monthly Payments |
|---|---|---|---|---|---|---|---|
| 1-5 | 2.000 | 10/01/2014 | $620.60 | 727.59* | 1,348.19* | 11/01/2014 | 60 |
| 6 | 2.875 | 10/01/2019 | $707.99 | 727.59* | 1,435.58* | 11/01/2019 | 12 |
| 7 | 3.875 | 10/01/2020 | $812.97 | 727.59* | 1,540.56* | 11/01/2020 | 12 |
| 8-40 | 4.250 | 10/01/2021 | $853.34 | 727.59* | 1,580.93* | 11/01/2021 | 396 |

**If your client is seeking a reaffirmation**
If your client intends to reaffirm, please provide us with the agreement specific to your district. With regard to a bankruptcy, we do not have a standard reaffirmation agreement to extend because requirements vary from district to district. Once we receive your district-specific agreement, we will complete the required entries and return it to your office for the required undue hardship analysis and filing with the respective court.

**Call me today if you have any questions**
If you or your client has questions about the information in this letter, please call me at the number below.

Sincerely,

SHANTELL SHINE
HOME PRESERVATION SPECIALIST
PHONE: 877-685-2354
EXT: 29281

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. © 2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801