Luretha M. Stribling
133 Westfield Avenue
Suite 4
Clark, New Jersey 07066
(732) 956-0010

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE: TERENCE GAVIN,

Debtor

Case. No. 11-25000 DHS

CHAPTER 13

**ORDER**

THIS MATTER having come before the United States Bankruptcy Court on a Petition for Approval of the Mortgage Modification by Wells Fargo Bank filed on behalf of the Debtor and the Court having considered the papers submitted and the oral argument having been heard and for good cause shown:

IT IS HEREBY ORFERED on this __7th__ day of ~~October~~ November 2014 that:

1. The Petition for Approval of the Mortgage Modification by Wells Fargo Bank is granted.

2. A copy of this Order shall be served on all parties within 7 days of receipt of this Order.

**DATED: 11/7/2014**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

____ Unopposed

____ Opposed

*Order Filed on 11/7/2014 by Clerk U.S. Bankruptcy Court District of New Jersey*